# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NINORA, LLC,

    Plaintiff,

CASE NO.: _____

vs.

MT. HAWLEY INSURANCE COMPANY,

    Defendant.
_____/

**INDEX OF MATTERS BEING FILED**

| No. | Date Filed or Entered | Document |
|---|---|---|
| **A** | N/A | Index of matters being filed |
| **B** | Various | All pleadings (the Complaint) asserting causes of action; |
| **C** | Various | A legible copy of each paper docketed in the state court case |
| **D** | 1/8/21 | State Court Case docket sheet |
| **E** | N/A | Plaintiff's estimate of damages totaling $213,343.87 |
| **F** | N/A | List of all counsel of record and contact information |