```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NINORA LLC,                                                            :
                                                                       :
                                  Plaintiff,                           :
                                                                       :         22-cv-9018 (LJL)
               -v-                                                     :
                                                                       :              ORDER
MT HAWLEY INSURANCE COMPANY,                                           :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    On October 23, 2022, this case was transferred from the Middle District of Florida to the Southern District of New York and assigned to this Court.  Dkt. No. 12.  The Court held an initial pretrial conference on November 18, 2022.  Defendant appeared at that conference.  No counsel noted an appearance for Plaintiff.  Plaintiff's Florida counsel was present but did not appear.  The Court informed Plaintiff at the time that the conference would be adjourned to December 12, 2022 for Plaintiff to retain counsel.  Plaintiff was also informed at the time that it could not appear *pro se* and would need to retain counsel.  The Court held a further conference today.  Defendant appeared but Plaintiff did not.  Accordingly,

    It is hereby ORDERED that Plaintiff show cause by no later than December 27, 2022 as to why Plaintiff's case should not be dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that Defendant shall serve a copy of this Order on Plaintiff by any of the methods described in Fed. R. Civ. P. 4 and shall file a proof of service on the docket.

    IT IS FURTHER ORDERED that Plaintiff show cause at a telephonic conference on January 6, 2023 at 12:00 p.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  Failure to appear may give rise to dismissal of the action without prejudice for failure to prosecute.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York  
                                                        LEWIS J. LIMAN  
                                                        United States District Judge

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 12/2/2022